PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone:   (925) 932-9455
Facsimile:   (925) 932-9468

Attorney for Plaintiff
Rhonda C. Joyce

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA C. JOYCE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation dba in California as WALGREENS; ALISON OSBORN, Store Manager; IGAL GAFTER, Pharmacy Manager; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:06-cv-2701-MCE-KJM<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO REMAND and ORDER**<br><br>**Current Hearing Date: February 12, 2007**<br>**Time: 9:00 a.m.**<br>**Courtroom:  3, 15th Floor**<br>**Judge: Hon. Morrison C. England, Jr.** |

   IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

   1.   On December 28, 2006, Plaintiff filed a Motion to Remand and for attorneys' fees and costs.

   2.   On January 26, 2007, Defendants filed their opposition to Plaintiff's Motion to Remand.

   3.   The hearing on Plaintiff's Motion to Remand was set for February 12, 2007 at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr.

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1

1    4.    The parties have agreed to continue the hearing currently on the Court's calendar
2 for Plaintiff's Motion to Remand to March 19, 2007, or as soon thereafter as the matter may be
3 heard in the above-entitled Court.
4    5.    Further, the parties have agreed that Plaintiff's reply papers will be due on March
5 12, 2007.
6 AGREED:
7 Dated: February 5, 2007          LAW OFFICES OF PATRICE R. ZABELL

9                                  By:   /s/ Patrice R. Zabell, Esq.
                                         Patrice R. Zabell
10                                       Attorney for Plaintiff Rhonda C. Joyce

11 Dated: February 1, 2007          BERRY & BLOCK LLP


14                                  By:   /s/ Rex Berry, Esq.
                                          Rex Berry
15                                        Attorney for Defendants Walgreen Co.,
                                          Alison Osborn and Igal Gafter

**IT IS SO ORDERD.**

18    1.    The hearing on Plaintiff's Motion to Remand and for Attorneys' Fees and Costs
19 shall be continued to March 19, 2007 at 9:00 a.m. in Courtroom 3 of the above-entitled Court.
20    2.    Plaintiff's reply papers will be due on March 12, 2007.

Dated: February 5, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2